102 A.3d 380

IN THE MATTER OF MARK D. BOGARD, AN ATTORNEY
AT LAW (ATTORNEY NO. 041362008).

November 20, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–024, concluding that **MARK D. BOGARD** of **REGO PARK, NEW YORK,** who was admitted to the bar of this State in 2008, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(b) (failure to keep client reasonably informed about the status of a matter and to promptly comply with reasonable requests for information), and good cause appearing;

It is ORDERED that **MARK D. BOGARD** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.